Order filed March 30, 2006












 
 
  
 
 







 
 
  
 
 




Order filed March 30, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00145-CV 

                                                    __________

 

                             IN THE INTEREST OF G.G.N., A CHILD

 

 



 

                                         On
Appeal from the 106th District Court

 

                                                         Gaines
County, Texas

 

                                               Trial
Court Cause No. 0307-14622

 



 

                                                                     O
R D E R

Our former opinion and judgment dated February 23,
2006, are withdrawn, and our opinion and judgment dated March 30, 2006, are
substituted therefor.  The Attorney
General=s motion
for  rehearing is granted.

 

PER CURIAM

 

March 30, 2006

Panel
consists of: Wright, C.J., and

McCall,
J, and Strange, J.

 








Opinion filed March 30, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                    __________

 

                                                          No. 11-05-00145-CV 

                                                    __________

 

                             IN THE INTEREST OF G.G.N., A CHILD

 

 



 

                                            On
Appeal from the 106th District Court

 

                                                           Gaines
County, Texas

 

                                                  Trial
Court Cause No. 0307-14622

 



 

                                                M
E M O R A N D U M    O P I N I O N

Michael
J. Cisneros perfected this appeal from the trial court=s January 20, 2005, order denying the
appeal from the associate judge=s hearing.  Upon
concession of error, we reverse and remand.

In
his brief, Cisneros contends that error occurred when a de novo hearing was not
conducted  pursuant to Tex. Fam. Code Ann. ' 201.015 (Vernon 2002).  In its brief, the Attorney General concedes
error.

Therefore,
the order of the trial court is reversed, and the cause is remanded to that
court.

 

PER CURIAM

 

March 30, 2006

Panel consists of:  
Wright, C.J., and

McCall, J., and Strange, J.